UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN CHAPA, | ) | Case No. CV 11-6217-JST (PJW) |
| Petitioner | ) | J U D G M E N T |
| v. | ) | |
| TIM BUSBY, | ) | |
| Respondent. | ) | |

　　Pursuant to the "Order Denying Motion for Stay in Abeyance and Dismissing Matter Without Prejudice,"

　　IT IS ADJUDGED that the Motion is denied and this matter is dismissed without prejudice.

DATED:  August 30, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Ord deny habeas exten req_Judgment.wpd